# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT KIERSTEAD** )<br>)<br>      **Plaintiff,** )<br>   v. )<br>)<br>**EXPERIAN INFORMATION SOLUTIONS,** )<br>**INC.** )<br>)<br>      **Defendant.** )<br>) | **CIVIL NO. 2:11-cv-00170-JAW** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this case is dismissed with prejudice and without costs.

Dated: October 25, 2011

                                                          Respectfully submitted,

                                                          */s/  Erin A. Novak*

                                                          Erin A. Novak (*pro hac vice*)
                                                          FRANCIS & MAILMAN, P.C.
                                                          Land Title Building, 19th Floor
                                                           100 South Broad Street
                                                           Philadelphia, PA  19110
                                                           (215) 735-8600
                                                           enovak@consumerlawfirm.com

                                                           James F. Molleur
                                                           MOLLEUR LAW OFFICE
                                                           419 Alfred Street
                                                           Biddeford, ME 04005
                                                           (207) 283-3777
                                                           jim@molleurlaw.com

                                                           *Attorneys for Plaintiff Robert Kierstead*

*/s/ Eric J. Wycoff*
Eric J. Wycoff
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
ewycoff@pierceatwood.com

George E. Spencer (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-7897
Gspencer@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, **ERIN A. NOVAK**, hereby certify that, on this date, I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served by way of ECF Filing and Electronic Mail upon the following counsel of record:

James F. Molleur
MOLLEUR LAW OFFICE
419 Alfred Street
Biddeford, ME 04005
jim@molleurlaw.com

*Attorneys for Plaintiff Robert Kierstead*

Eric J. Wycoff
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
ewycoff@pierceatwood.com

George E. Spencer (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017
Gspencer@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**FRANCIS & MAILMAN, P.C.**

BY: _____
ERIN NOVAK, ESQUIRE
Attorney for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Date: October 25, 2011